UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Jacqueline Delgado,**

        Plaintiff(s),

                                            Civil No. 21-cv-11401
v.                                               HON. BERNARD A. FRIEDMAN

**Emortgage Funding, LLC,**

        Defendant(s).

_____/

## NOTICE OF VIDEO SETTLEMENT CONFERENCE

      You are hereby notified to appear before the **Honorable Bernard A. Friedman**, **United States District Court Judge**, for the above proceeding on:

**Tuesday, December 21, 2021 at 1:00 p.m.**
**\*\*Video conference access information will be provided to all participants in advance of the settlement conference.\*\***

      SETTLEMENT CONFERENCE WITH CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY are required to attend this conference. Each party is to submit a "confidential" three-page summary of the case to Judge Friedman by **December 16, 2021** (via e-mail to: Rachel_DavidsonRaycraft@mied.uscourts.gov and Johnetta_Curry@mied.uscourts.gov). This summary should **not be filed** on the docket.

      If you have any questions concerning this conference, please contact Case Manager Johnetta Curry-Williams on 313-234-5172.

      Should counsel resolve this case prior to the conference, the Court will expect the parties to inform the Court prior to the date and time set for conference.

                                                            s/Johnetta M. Curry-Williams
                                                            Case Manager in the Chambers of the
                                                             Honorable Bernard A. Friedman
                                                             313-234-5172
                                                             Johnetta_curry@mied.uscourts.gov

Dated: December 6, 2021
Detroit, Michigan