## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**JACQUELINE DELGADO**, individually on behalf of all others similarly situated,

        Plaintiff,

v.

**EMORTGAGE FUNDING, LLC**, a Michigan company,

        Defendant.

No. 2:21-CV-11401-BAF-EAS

Hon. Bernard A. Friedman
Mag. Judge Elizabeth A. Stafford

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Jacqueline Delgado ("Plaintiff") and Defendant eMortgage Funding, LLC ("Defendant") hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So stipulated.

Respectfully Submitted,

Dated: April 27, 2022

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.

1

201 S. Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
law@stefancoleman.com

*Attorneys for Plaintiff and the putative Classes*

By: */s/ Brett J. Natarelli*
Brett J. Natarelli (IL Bar No. 6297280)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Phone: 312.529.6300
Email: bnatarelli@manatt.com

*Counsel for Defendant*

So Ordered.

_____
Elizabeth A. Stafford
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*

2