# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JACQUELINE DELGADO**, individually on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**EMORTGAGE FUNDING, LLC**, a Michigan company,<br><br>      Defendant. | Civil No. 2:21-CV-11401<br><br>Hon. Bernard A. Friedman<br>Mag. Judge Elizabeth A. Stafford |

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Jacqueline Delgado ("Plaintiff") and Defendant eMortgage Funding, LLC ("Defendant") hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So stipulated.

                                                  Respectfully Submitted,

Dated: April 27, 2022                By: */s/ Avi R. Kaufman*
                                                  Avi R. Kaufman
                                                  KAUFMAN P.A.
                                                  400 NW 26th Street
                                                  Miami, Florida 33127
                                                  Telephone: (305) 469-5881
                                                  kaufman@kaufmanpa.com

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
law@stefancoleman.com

*Attorneys for Plaintiff and the putative Classes*

By: */s/ Brett J. Natarelli*
Brett J. Natarelli (IL Bar No. 6297280)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Phone: 312.529.6300
Email: bnatarelli@manatt.com

*Counsel for Defendant*

So Ordered.

Dated: April 28, 2022
     Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

2